JOHN E. MERRITT, Respondent, v. BERTHA B. RHODES, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ACHILLE MOGANNTE, Respondent, v. JOSEPH ALLAR, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent thirty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARIA MONTEMARANO, Respondent, v. HOME TITLE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

LOUIS MORRO, Respondent, v. SOL LASKY and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARY A. NACCASH, Respondent, v. HILDANSID REALTY CORPORATION and Others, Defendants, and LOUIS SUMMERS and SIDENIA SUMMERS, Appellants.— Motion for stay granted by default upon condition that within five days from the entry of the order herein appellants pay respondent the sum of fifty dollars as expenses of the adjournment of the sale, as provided in the order to show cause, in the event that such payment has not heretofore been made; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ANN ODES and BOSILIA, INC., Appellants, v. TROIA REALTY CO., INC., Respondent.— Motion for extension of time granted upon condition that appellants perfect the appeal from the order and the appeal from the judgment for the December term (for which term they are set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARCANGELO CAPPUCIO, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the November term, and case ordered on the calendar for Monday, November 9, 1931. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.